IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-24-00220-JD |
| ) | |
| JOHN ANTHONY OWEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant John Anthony Owen has submitted a Motion for Dismissal. [Doc. No. 18].

Because Defendant is represented by counsel in this case, *see* Entry of Appearance by Kyle E. Wackenheim and John P. Cannon [Doc. Nos. 9–10], all requests for relief should be made by counsel. *See United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008) (unpublished) ("[W]hen defendants have the assistance of counsel, courts need not consider any filings made *pro se*." (citing *United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976)); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) ("[T]here is no constitutional right to a hybrid form of representation . . . .").

Defendant's counsel is directed to send a copy of this Order to Defendant John Anthony Owen.

IT IS SO ORDERED this 7th day of June 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE